UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**
**JUL 0 5 2005**
CLERK

| UNITED STATES OF AMERICA, | ) | CR. 04-50115-RHB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING CONTINUANCE |
| J. LEE BIG CROW, | ) | |
| Defendant. | ) | |

Defendant has filed a motion for continuance. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial insofar as defense counsel has made known to the court that extensive investigation and interviewing of witnesses remains to be done. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines shall apply:

| Applications for Writ of Habeas Corpus Ad Testificandum | August 23, 2005 |
|---|---|
| Other motions | August 30, 2005 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | August 30, 2005 |
| Plea agreement or petition to plead and statement of factual basis | August 30, 2005 |
| Notify court of status of case | September 6, 2005 |
| Motions in limine | September 6, 2005 |
| Proposed jury instructions due | September 6, 2005 |
| Jury trial | Tuesday, September 13, 2005, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(8)(A).

All other provisions of the Court's standing order remain in effect unless specifically changed herein.

IT IS FURTHER ORDERED that defendant's motion to seal (Docket #35) is granted.

Dated July 5, 2005.

BY THE COURT:

_____
ANDREW W. BOGUE
for RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE